UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JENNIFER JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:09CV1078 CDP |
| | ) | |
| JOE PHILLIPS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Counsel for Defendant Joe Phillips has submitted a motion requesting leave to be excused from oral arguments scheduled for tomorrow **September 14, 2010**. For the reasons set forth in the motion,

**IT IS HEREBY ORDERED** that defendant's motion [#37] requesting leave to not attend scheduled hearing is **GRANTED**. Due to the approaching deadline for dispositive motions, the hearing will go forward, with all remaining parties, as scheduled.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 13th day of September, 2010.